**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and
all others similarly situated,

       Plaintiff,

v.

INTERTHINX, INC., a California Corporation;
VERISK ANALYTICS, Inc., a Delaware Corporation;
and, JEFFRY MOYER, an individual,

       Defendants.

_____

**ENTRY OF APPEARANCE**
_____

       Paul F. Lewis, of the law firm of Schmitz Lewis PC, hereby enters his appearance in this matter as counsel for Plaintiffs, in the above-captioned action.

DATED this 10th day of May, 2013.

                                **SCHMITZ LEWIS PC**

                                */s/ Paul F. Lewis*
                                Paul F. Lewis, Esq.
                                Michael D. Kuhn, Esq.
                                Andrew E. Swan, Esq.
                                620 North Tejon Street, Suite 101
                                Colorado Springs, CO 80903
                                Phone:  (719) 439-2934
                                Fax:     (866) 515-8628
                                Email: plewis@schmitzlewis.com
                                           mkuhn@schmitzlewis.com
                                           aswan@schmitzlewis.com

                                      -and-

Rowdy B. Meeks, Esq.
**ROWDY MEEKS LEGAL GROUP LLC**
435 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone:  (816) 977-2741
Fax:     (816) 875-5069
Email:  rowdy.meeks@rmlegalgroup.com
www.rmlegalgroup.com

*Attorneys for Plaintiffs*

2