IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFRY MOYER, an individual,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Vacate September 23, 2013 Hearing and to Grant Plaintiff's Motion to Amend Complaint, to Add Party, and to Amend Caption** [docket no. 81, filed September 10, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The hearing set for September 23, 2013, is **VACATED**.

IT IS FURTHER ORDERED that the **Plaintiff's Combined Motion to Amend Complaint, to Add Party, and to Amend Caption** [docket no. 67, filed August 15, 2013] is GRANTED, and the Clerk of the Court is directed to accepted the First Amended Complaint and Jury Demand (attachment 1 to docket 67) for filing.

DATED: September 12, 2013