IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-1229-REB-BNB | Date: October 1, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CELESTE SHAW | *Paul F. Lewis* |
| JUDITH VERKEECKE | *Michael D. Kuhn* |
|  | *Andrew E. Swan* |
| **Plaintiff(s)** |  |
| v. |  |
| INTERTHINX, INC | *Peter F. Munger* |
| VERISK ANALYTICS, INC | *Nicky Jatana* |
| JEFFRY MOYER | *Nicholas A. Murray* |
|  | *Leila Nourani* |
| **Defendant(s)** |  |

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session: 12:59 p.m.

Appearance of counsel.

Discussion held on pending motions.

By agreement of the parties, it is

**ORDERED:** [37] Defendant Jeffrey Moyer's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(B)(2) for Lack of Personal Jurisdiction is **DENIED** without prejudice as moot.

[38] Defendants' Motion to Dismiss Plaintiff's Second Claim for Relief is **DENIED** without prejudice as moot.

Defendants' witness, Peter Munger, called and sworn.

| | |
|---|---|
| 1:35 p.m. | Direct examination of Mr. Munger by Ms. Jatana. |
| 1:37 p.m. | Cross examination of Mr. Munger by Mr. Lewis. |

Defendants' witness, Judith Verheecke, called and sworn.

| | |
|---|---|
| 1:39 p.m. | Direct examination of Ms. Verheecke by Mr. Munger. Exhibits L1, L32, L33 and L34 are admitted. |
| 2:20 p.m. | Cross examination of Ms. Verheecke by Mr. Kuhn. |
| 2:32 p.m. | Court in recess. |
| 2:46 p.m. | Court in session. |

Defendants' witness, Celeste Shaw, called and sworn.

| | |
|---|---|
| 2:47 p.m. | Direct examination of Ms. Shaw by Ms. Jatana. Exhibits L36, L47, L52, L21, L51, L50, L49, L40, L6, L7, L39, L45, and O are admitted. |
| 3:52 p.m. | Cross examination of Ms. Shaw by Mr. Kuhn. |
| 4:08 p.m. | Court in recess. |
| 4:21 p.m. | Court in session. |

Defendants' witness, Jerry Ray McMinn, called and sworn.

| | |
|---|---|
| 4:22 p.m. | Direct examination of Mr. McMinn by Ms. Nourani. Exhibits L1A, L8, L11, and L4 are admitted. |
| 4:32 p.m. | Cross examination of Mr. McMinn by Mr. Lewis. |
| 4:32 p.m. | Re-direct examination of Mr. McMinn by Ms. Nourani. |

Request by defense to call another witness is refused, the court notes the defendants are out of time.

**ORDERED:   [64] Defendants' Motion for Order to Show Cause and Motion to Strike Consent-to-Sue Forms is TAKEN UNDER ADVISEMENT.  Written order, recommendation, or request for further briefing to issue.**

Court in Recess:  4:36 p.m.    Hearing concluded.    Total time in Court:  03:11

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119