IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, and
JUDITH VERHEECKE, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        With the consent of the parties during the hearing on October 1, 2013, IT IS ORDERED:

        (1)     **Defendant Jeffrey Moyer's Motion to Dismiss** [Doc. # 37, filed 7/10/2013] is DENIED without prejudice as moot;

        (2)     **Defendants' Motion to Dismiss Second Claim for Relief** [Doc. # 38, filed 7/10/2013] is DENIED without prejudice as moot; and

        (3)     **Defendants' Motion to Exclude Plaintiffs' Declaration** [Doc. # 99, filed 9/30/2013] is GRANTED as confessed.


DATED:  October 2, 2013