**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **Defendants' Motion For Leave To File Reply in Support of Their Emergency Motion To Continue Deadline** [#109] filed October 4, 2013. The motion is **DENIED** as moot.

    Dated: October 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.