**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**Blackburn, J.**

The matter before me is **Defendants' Motion for Reconsideration of Defendants' Emergency Motion To Continue Deadline for Defendants' Opposition to Plaintiffs' Motion for Fed. R. Civ. P. 23 Class Certification and Appointment of Class Counsel and Incorporated Memorandum of Law** [112],[1] filed October 4, 2013. I deny the motion.

    The bases for granting reconsideration are extremely limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law.

---

[1] "[#112]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted).  Plaintiffs' motion offers nothing suggesting that any of these factors are implicated in this case.  Their apparent disagreement with the court's ruling provides no proper basis for reconsideration.

**THEREFORE, IT IS ORDERED** that **Defendants' Motion for Reconsideration of Defendants' Emergency Motion To Continue Deadline for Defendants' Opposition to Plaintiffs' Motion for Fed. R. Civ. P. 23 Class Certification and Appointment of Class Counsel and Incorporated Memorandum of Law** [112], filed October 4, 2013, is **DENIED**.

Dated October 7, 2013, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge