# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.   13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFRY MOYER, an individual,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **Defendants' Motion to Strike Evidence Attached by Plaintiffs to Their Reply Brief or, Alternatively, Motion for Leave to File Surreply** [#126] filed October 31, 2013.   The motion is **GRANTED** in part.   Defendants are permitted to file a surreply that shall not exceed ten (10) pages in length.   Said surreply shall be filed by **November 18, 2013**.

    Dated:   October 31, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.