IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, and
JUDITH VERHEECKE, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

Defendants.

## ORDER

This matter arises on **Defendants' Motion for Protective Order, To Compel Return of Documents, and for Sanctions Against Plaintiff and Plaintiff's Counsel** [Doc. # 128, filed 11/1/2013] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 128] is DENIED.

Dated November 20, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge