IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-01229-REB-BNB | Date: January 17, 2014 |
| Courtroom Deputy: | Cathy Pearson | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| CELESTE SHAW and<br>JUDITH VERHEECKE,<br><br>**Plaintiffs,**<br><br>v.<br><br>INTERTHINX, INC. et al.,<br><br>**Defendants.** | *Michael D. Kuhn*<br><br><br><br><br><br><br>*Leila Nourani*<br>*Nicholas Murray*<br>*Peter Munger* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in session: 9:05 a.m.

Appearances of counsel.

The Court makes findings regarding Plaintiffs' Motion for Leave to File Reply in Support of Their Motion to Compel Defendants Interthinx and Verisk to Product Documents (Doc. 161, filed 1/6/14).

**ORDERED:** For reasons stated on the record, Plaintiffs' Motion for Leave to File Reply in Support of Their Motion to Compel Defendants Interthinx and Verisk to Product Documents (Doc. 161, filed 1/6/14) is GRANTED. **The Clerk of the Court is directed to accept for filing Plaintiffs' Reply in Support of Their Motion to Compel (Doc. 161-1).**

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

Mr. Kuhn states that the parties have narrowed the issues regarding the motion. Argument given on Plaintiffs' Motion to Compel Defendants' Interthinx and Verisk to Produce Documents (Doc. 141, filed 11/26/13).

The Court makes findings.

**ORDERED:** Plaintiffs' Motion to Compel Defendants' Interthinx and Verisk to Produce Documents (Doc. 141, filed 11/26/13) is GRANTED in part and DENIED in part as specified on the record. Defendants shall produce the supplemental discovery ordered on or before **February 14, 2014.**

Argument given on Plaintiffs' Unopposed Motion to Amend Scheduling Order to Enlarge Time within which to Disclose Experts and Rebuttal Experts (Doc. 144, filed 12/3/13) and the Joint Motion to Modify Deadlines Established by Scheduling Order (Doc. 164, filed 1/9/14).

Discussion held regarding the Final Pretrial Conference and Trial dates being reset by Judge Blackburn and the deadline for any motion for de-certification of collective action.

**ORDERED:** 1. Plaintiffs' Unopposed Motion to Amend Scheduling Order to Enlarge Time within which to Disclose Experts and Rebuttal Experts (Doc. 144, filed 12/3/13) is GRANTED as specified on the record. Initial expert designations are due on or before **April 1, 2014.** Rebuttal expert designations are due on or before **May 1, 2014.**

2. The Joint Motion to Modify Deadlines Established by Scheduling Order (Doc. 164, filed 1/9/14) GRANTED as specified on the record. The discovery deadline is extended to and including **July 1, 2014.** The dispositive motion deadline is extended to and including **August 1, 2014.**

The Court advises the parties that he will submit a written recommendation to Judge Blackburn that the Final Pretrial Conference and Trial dates be reset.

Court in recess:        10:02 a.m.        Hearing concluded.        Total time in Court:   00:57

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119