**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the recommendation contained in the **Recommendation of United States Magistrate Judge and Order** [#169],[1] filed January 17, 2014. No objection having been filed, I review the recommendation for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#169]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1. That the recommendation contained within the **Recommendation of United States Magistrate Judge and Order** [#169], filed January 17, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the Final Pretrial Conference and Trial Preparation Conference, currently set Friday, May 16, 2014, at 2:30 p.m., and the trial set to commence June 2, 2014, are **VACATED** and **CONTINUED** pending further order of court;

3. That the Rule 702 deadline is **EXTENDED** to July 1, 2014; and

4. That the Final Pretrial Conference, Trial Preparation Conference, and trial **SHALL BE RESET** during a telephonic setting conference on **Tuesday, February 25, 2014**, at **10:00 a.m.** (MST); provided, furthermore, that counsel for plaintiffs **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated February 10, 2014, at Denver, Colorado.

                                              **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge