IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, and
JUDITH VERHEECKE, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1) **Parties' Joint Motion for Stay of Court's January 17, 2014, Discovery Order** [Doc. # 195] is GRANTED;

      (2) Discovery is STAYED pending further order of the court; and

      (3) The parties shall file a status report on or before **March 17, 2014**, addressing the status of their proposed mediation and a proposed deadline for defendants' compliance with my Order [Doc. # 169] compelling discovery and for defendants' responses to plaintiffs' Second and Third Discovery Requests.

DATED: February 14, 2014