**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, and
JUDITH VERHEECKE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

## ORDER

**Blackburn, J.**

The matter before me is the **Parties' Joint Motion To Stay Case Pending Mediation and To Reset Certain Deadlines** [#198],[1] filed February 21, 2014. The parties represent that they have scheduled mediation for April 17, 2014, and are "hopeful an amicable resolution of this case can be reached." (**Motion** ¶ 5 at 3.)

Having reviewed the motion and being adequately advised of the premises, the court finds and concludes that the motion is well-taken and should be granted. In addition, in order to ensure that the mediation occurs on a level playing field, the court will deny all currently pending motions without prejudice.[2]

---

[1] "[#198]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] With the consent of the magistrate judge, the court will withdraw the reference as to those pending motions that have been referred to him for recommendation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Parties' Joint Motion To Stay Case Pending Mediation and To Reset Certain Deadlines** [#198], filed February 21, 2014, is **GRANTED**;

2. That this case is **STAYED**;

3. That the telephonic setting conference currently scheduled for February 25, 2014, is **VACATED** and **CONTINUED** pending further order;

4. That the reference [#102] of **Defendants' Motion To Dismiss Plaintiffs' Second Claim for Relief in the First Amended Complaint** [#97], filed September 30, 2013, and the reference [#101] of **Defendant Jeffrey Moyer's Motion To Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction** [#98], filed September 30, 2013, are **WITHDRAWN**, with the consent of the magistrate judge;

5. That all currently pending motions are **DENIED WITHOUT PREJUDICE**; and

6. That by April 22, 2014, the parties **SHALL FILE** a joint status report addressing the outcome of the mediation and the necessity of continuing or lifting the stay.

Dated February 24, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge