**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, and
JUDITH VERHEECKE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

# ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. As required by my previous **Order** [#199],[1] filed February 24, 2014, the parties were required to file on April 22, 2014, a joint status report on the progress of their mediation. The parties have complied with that directive, and now advise that although settlement was not reached at the mediation on April 17, 2014, the mediator proposed settlement. (*See* **Joint Status Report** ¶ 4 at 2 [#200], filed April 22, 2014.) The parties have been given a deadline of April 28, 2014, to accept or reject the mediator's proposal, and, thus, request a brief continuance of the stay in order to evaluate the proposal.

---

[1] "[#199]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Having reviewed the motion and being adequately advised, the I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That this case continues to be **STAYED** pending further order of the court; and

2. That by May 16, 2014, the parties **SHALL FILE** a joint status report apprising the court of the status of the case.

Dated April 23, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge