# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. As required by my previous **Order** [#202],[1] filed April 23, 2014, the parties were required to file a joint status report regarding their consideration of the mediator's proposal. The parties have complied with that directive, and now advise that they have reached a settlement but require further time to finalize all details relating to the settlement. (*See* **Joint Status Report** ¶ 11 at 3 [#208], filed May 30, 2014.)

    Having reviewed the motion and being adequately advised of the premises, the court finds and concludes that the motion is well-taken and should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That this case continues to be **STAYED** pending further order of the court;

---

[1] "[#202]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

and

     2.  That on or before June 30, 2014, the parties **SHALL FILE** a joint status report apprising the court of the progress and status of the settlement.

Dated June 4, 2014, at Denver, Colorado.

                   **BY THE COURT:**

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge