# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  13-cv-01229-REB-BNB

CELESTE SHAW, and
JUDITH VERHEECKE, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

     Defendants.

## ORDER

**Blackburn, J.**

     This matter is before me *sua sponte.* Pursuant to my Order [#211], filed July 2, 2014, the parties were required to file a joint status to advise the court about the progress of their settlement.  The parties have complied with that directive and state that they have agreed to the material details of the settlement, exchanged draft agreements, and are finalizing the settlement with the claims administrator.  They anticipate finalizing a stipulation of settlement and selecting an administrator by September 15, 2014, after which they aver they will move for preliminary approval in this court. (*See* **Joint Status Report** [#213], filed August 15, 2014.)  Thus, being adequately advised, I find and conclude that the stay should be continued.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That this case continues **TO BE STAYED** pending further order of the court;

and

      2. That by September 15, 2014, the parties **SHALL FILE** a joint status report apprising the court of the status of the case.

      Dated August 18, 2014, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge