**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. As required by my Order [#214], filed August 18, 2014, the parties were obligated to file a joint status to advise the court about the progress of their settlement. The parties have complied with that directive and state that they are in the process of finalizing their settlement and gathering signatures, after which they will seek court approval. (*See* **Joint Status Report** [#216], filed September 15, 2014.)

    Thus, being adequately advised, I find and conclude that the stay should be continued.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That this action is **STAYED** pending further order of the court; and

2. That by October 1, 2014, the parties **SHALL FILE** a joint status report apprising the court of the progress and status of the case.

Dated September 16, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge