**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW; and
JUDITH VERHEECKE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

INTERTHINX, INC., a California Corporation;
VERISK ANALYTICS, INC., a Delaware Corporation; and
JEFFREY MOYER, an individual,

    Defendants.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. As required by my previous Order [#217], filed September 16, 2014, the parties were required to file a joint status to advise the court about the progress of their settlement. The parties have complied with that directive and have shown that they have made substantial progress toward finalizing the settlement. (*See* **Joint Status Report** [#219], filed October 1, 2014.) However, they also recently filed their **Joint Motion To Modify Scheduling Order To Extend Amendment of Pleadings Deadline and To Amend the First Amended Complaint** ([#218], filed October 1, 2014), by which they seek to amend the pleadings to add parties and claims to this action which currently are part of two other, but related, class action lawsuits, all of which are part of the parties' proposed settlement. Their request to continue to stay is inconsistent with this request for affirmative relief from the

court. Although that the stay may be continued in all other respects, it must be lifted in order to allow the court to consider the parties' motion. Moreover, given the history of this case, the court finds it prudent to extend the length of the request stay beyond the date requested by the parties.

**THEREFORE, IT IS ORDERED** as follows:

1. That the stay previously entered by my **Order** [#199], filed February 24, 2014, is **LIFTED** to the extent necessary to facilitate consideration of the **Joint Motion To Modify Scheduling Order To Extend Amendment of Pleadings Deadline and To Amend the First Amended Complaint** ([#218], filed October 1, 2014;

2. That in all other respects, this case continues to be **STAYED** pending further order of the court; and

3. That by January 31, 2015, the parties **SHALL FILE** a joint status report apprising the court of the progress and status of the case.

Dated October 2, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge