IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, and
JUDITH VERHEECKE, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

Defendants.

---

### ORDER
---

This matter arises on the parties' **Joint Motion to Modify Scheduling Order to Extend Amendment of Pleadings Deadline and to Amend the First Amended Complaint** [Doc. # 218, filed 10/1/2014] (the "Motion to Amend").  Good cause having been shown,

IT IS ORDERED:

(1)   The Motion to Amend [Doc. # 218] is GRANTED; and

(2)   The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Jury Demand [Doc. # 218-1].

Dated October 7, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge