## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-01229-REB-BNB

CELESTE SHAW, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

INTERTHINX, INC., a California corporation,
VERISK ANALYTICS, INC., a Delaware corporation, and
JEFFREY MOYER, an individual,

    Defendants.

---

## MINUTE ORDER[1]

The matter is before the court on **Plaintiffs' <u>Unopposed</u> Combined Motion To Lift Stay and For Leave to File Motion in Excess of Fifteen Pages** [#231][2] filed October 27, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' <u>Unopposed</u> Combined Motion To Lift Stay and For Leave to File Motion in Excess of Fifteen Pages** [#231] filed October 27, 2014, is **GRANTED**;

2. That the stay in this matter is **LIFTED**;

3. That plaintiffs shall file their motion for preliminary approval no later than **November 4, 2014**; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#231]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

       4.  That this motion for preliminary approval shall not exceed twenty-five (25) pages in length.

       Dated:  October 27, 2014