**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.: 13-cv-01229-REB-BNB

CELESTE SHAW;
JUDITH VERHEECKE;
SHABNAM SHEILA DEHDASHTIAN;
MEDHAT GAREEB; and
DEJAN NAGL on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

INTERTHINX, INC., a California Corporation; and
VERISK ANALYTICS, INC., a Delaware Corporation,

    Defendants.

**ORDER GRANTING STIPULATION REGARDING ADDITION OF QUALITY
CONTROL EMPLOYEES TO CLASS AND COLLECTIVE ACTION SETTLEMENT**

**Blackburn, J.**

    The matter before me is the parties' **Stipulation Regarding Addition of Quality Control Employees to Class and Collective Action Settlement** [#237],[1] filed February 6, 2015. Having reviewed the stipulation, and being fully advised of the premises, I find and conclude that the parties' agreement to include these additional plaintiffs in the settlement is reasonable and will not negatively impact existing class members. I further find and conclude that the proposed form and plan of notice as to these additional plaintiffs is adequate. In addition, I find the parties' agreement to extend the deadline to submit claim forms as to certain putative class members to be

---

[1] "[#237]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

reasonable and acceptable.  The stipulation thus should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation Regarding Addition of Quality Control Employees to Class and Collective Action Settlement** [#237], filed February 6, 2015, is **APPROVED**;

2. That the twenty-one (21) Quality Control Employees **SHALL BE INCLUDED** in the settlement that was preliminarily approved in the court's **Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement and Certification of Settlement Classes** [#235], filed November 21, 2014;

3. That the Settlement Administrator **SHALL SEND** notice to the twenty-one (21) Quality Control Employees in the form and manner identified in the stipulation;

4. That the twenty-one (21) Quality Control Employees **SHALL SUBMIT** claim forms on or before **February 23, 2015**;

5. That the deadline to submit claim forms **SHALL BE EXTENDED** up to and including **February 23, 2015**, for the approximately fifty-five (55) class members whose original Notice and Claim Forms did not reflect the correct number of paychecks during the relevant class period and the approximately twenty-two (22) class members who were inadvertently excluded from the list of class members and did not receive the original Notice and Claim Form; and

6. That all other terms of the settlement remain unchanged.

Dated February 10, 2015, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge