**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.: 13-cv-01229-REB-BNB

CELESTE SHAW;
JUDITH VERHEECKE;
SHABNAM SHEILA DEHDASHTIAN;
MEDHAT GAREEB; and
DEJAN NAGL on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

INTERTHINX, INC., a California Corporation; and
VERISK ANALYTICS, INC., a Delaware Corporation,

    Defendants.

**ORDER APPROVING REVISED STIPULATION REGARDING
ADDITION OF QUALITY CONTROL EMPLOYEES TO
CLASS AND COLLECTIVE ACTION SETTLEMENT**

**Blackburn, J.**

The matter before me is the parties' **Revised Stipulation Regarding Addition of Quality Control Employees to Class and Collective Action Settlement** [#240],[1] filed February 20, 2015. Having reviewed the stipulation and the relevant record, I find and conclude that the parties' agreement to extend the deadline to submit Claim Forms for the additional class members previously approved should be extended.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Revised Stipulation Regarding Addition of Quality**

---

[1] "[#240]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Control Employees to Class and Collective Action Settlement** [#240], filed February 20, 2015, is **APPROVED**; and

    2.  That the court's **Order Granting Stipulation Regarding Addition of Quality Control Employees to Class and Collective Action Settlement** [#239], filed February 10, 2015, is **AMENDED** at page 2 as follows:

> "4. That the twenty-one (21) Quality Control Employees **SHALL SUBMIT** claim forms on or before **March 10, 2015**;
>
> 5. That the deadline to submit claim forms **SHALL BE EXTENDED** up to and including **March 10, 2015**, for the approximately fifty-five (55) class members whose original Notice and Claim Forms did not reflect the correct number of paychecks during the relevant class period and the approximately twenty-two (22) class members who were inadvertently excluded from the list of class members and did not receive the original Notice and Claim Form;" and

    3.  That in all other respects, the **Order Granting Stipulation Regarding Addition of Quality Control Employees to Class and Collective Action Settlement** [#239], filed February 10, 2015, remains unchanged.

Dated February 23, 2015, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge