**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01229-REB-NYW

CELESTE SHAW;
JUDITH VERHEECKE;
SHABNAM SHEILA DEHDASHTIAN;
MEDHAT GAREEB; AND
DEJAN NAGL on behalf of themselves and all others similarly situated

    Plaintiffs

v.

INTERTHINX, INC.,a California Corporation; and
VERISK ANALYTICS, INC., a Delaware Corporation

    Defendants

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement and Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Expenses, and Incentive Awards** [#247] of Judge Robert E. Blackburn entered on April 22, 2015 it is

ORDERED that the court finds that the Settlement is fair, reasonable, and adequate to the Class Members and meets the prerequisites for a class action under Fed. R. Civ. P. 23 and a collective action under 29 U.S.C. § 216;

1. That the Settlement Classes are finally certified for settlement purposes only;

2. That in accordance with Fed. R. Civ. P. 23, 29 U.S.C. § 216(b), and the requirements of due process, all Class Members have been given proper and adequate notice of the Settlement. Based on the evidence submitted by the parties, the Settlement, the arguments of counsel, and all the files, records, and proceedings in this case, the court finds that the notice and notice plan implemented pursuant to the Settlement and the court's order preliminarily approving the Settlement (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated, under the circumstances, to apprise members of the class members of the pendency of the litigation, their right to object to the Settlement, and their right to appear at the fairness hearing; (c) were reasonable and constituted due, adequate, and sufficient notice to all persons entitled to notice; and (d) met all applicable requirements of Fed. R. Civ. P. 23, and any other applicable law.  It is

FURTHER ORDERED that Class Counsel are awarded attorney fees in the requested amount of $2,000,000 and litigation expenses in the requested amount of $62,388.58;

1. That Named Plaintiffs are awarded incentive payments in the requested amount of $10,000 each and Deposed Opt-in Plaintiffs are awarded incentive payments in the requested amount of $2,500;

2. That the payment of the Settlement funds in accordance with the Settlement and the above awards is approved;

3. That Defendants will deposit the settlement funds into an interest-bearing account, through the settlement administrator, within **fifteen (15) business days** of the date of this Order;

4. That based on the entry of the Order [#247], and pursuant to Fed. R. App. P. 4, interested parties have **thirty (30) days** to file an appeal of this Order, and if no appeal is timely filed, the settlement administrator shall transmit class counsel's attorney fees and costs to each class counsel in the amount agreed on by them as soon as practicable, but no later than **fourteen (14) calendar days**, after the period to timely appeal expires;

5. That final judgment is entered with respect to all released claims of the class members. That without affecting the finality of this judgment in any way, this Court retains jurisdiction over (a) implementation of the Settlement; (b) distribution of the Settlement proceeds, the incentive awards, and the attorneys' fees and expenses; and (c) all other proceedings related to the implementation and interpretation; and

6. That on Defendants' payment of the entire Settlement amount to the Settlement Administrator or within **thirty (30) days** after the date of the Order [#247], whichever is earlier, this case shall be dismissed with prejudice with each party to bear its own costs and attorney fees, except as otherwise provided in this Order.

Dated at Denver, Colorado this 22nd day of April, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe

A. Lowe
Deputy Clerk